UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80349-CIV-SINGHAL

YVETTE TITTSWORTH,

    Plaintiff,

v.

HAIRCLUB FOR MEN, LTD., INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Stipulation for Voluntary Dismissal Without Prejudice filed by the parties (DE [29]).  The Court having reviewed the Stipulation for Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear its own costs and attorneys' fees.  The Clerk is directed to **CLOSE** this case, all deadlines and hearings are **CANCELLED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 28th day of August 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF